**Entered on Docket**
**December 18, 2009**

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Federal National Mortgage Association
09-77165

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-29275-MKN |
| Marco Castillo | Date: 11/18/09<br>Time: 1:30 p.m. |
| | Chapter 7 |
| Debtor. | |

1

## ORDER VACATING AUTOMATIC STAY

2

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4

Secured Creditor Federal National Mortgage Association, its assignees and/or successors in interest, of

5

the subject property, generally described as 4883 Billman Avenue, Las Vegas, NV 89121, and legally

6

described as follows:

7

8          LOT FOUR HUNDRED EIGHTY-SIX (486) IN BLOCK EIGHTEEN (18) OF DESERT
           HILLS UNIT NO. 5, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 6 OF PLATS,
9          PAGE 98 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
           NEVADA.

10

11     ///

12     ///

13     ///

14     ///

15     ///

16     ///

17     ///

18     ///

19     ///

20     ///

21     ///

22     ///

23     ///

24     ///

25     ///

26     ///

1      **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

2    **give Debtor at least five business days' notice of the time, place and date of sale.**

3                  DATED this _____ day of _____ 2009

4

5    Submitted by:

6    **WILDE & ASSOCIATES**

7    By:___ /s/Gregory L. Wilde, Esq____
     **Gregory L. Wilde, Esq.**
8    Attorney for Secured Creditor
     208 South Jones Boulevard
9    Las Vegas, Nevada 89107

10   APPROVED / DISAPPROVED

11
     By:_____
12   Christine M. Stokes
     2411 W. Charleston Blvd.
13   Las Vegas, NV 89102
     Attorney for Debtor(s)
14

15   Nevada Bar No:_____

16
     APPROVED / DISAPPROVED
17
     By:_____
18   Timothy S. Cory
     8831 West Sahara Ave.
19   Las Vegas, NV  89117
     Chapter 7 Trustee
20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or   \_x\_   failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_x\_  failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor